115 So.2d 125

### Emmitt DENNIS

v.

### STATE.

### 8 Div. 658.

Court of Appeals of Alabama.

Oct. 27, 1959.

Smith & Moore, Montgomery, for appellant.

MacDonald Gallion, Atty. Gen., for the State.

CATES, Judge.

The originating affidavit of complaint is unsigned and unsworn, nor did the clerk sign the jurat. The trial court never acquired jurisdiction, a matter which we notice ex mero motu. Therefore, the appellant is due his discharge. Smith v. State, 28 Ala.App. 572, 190 So. 99.

Upon authority of Sparks v. State, 39 Ala.App. 517, 104 So.2d 764, and cases therein cited, the judgment below is

Reversed and rendered.